# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23514−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Aaron W. Pirog
    144 Washington Avenue
    New Milford, NJ 07646

Social Security No.:
    xxx−xx−2931

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 19, 2019
JAN: rah

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 19-23514-SLM
Aaron W. Pirog                                                Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 1      Date Rcvd: Aug 19, 2019
                              Form ID: 148             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +Aaron W. Pirog,    144 Washington Avenue,    New Milford, NJ 07646-2624
518347029      +Freedom Collections,    907 Pleasant Valley Avenue,    Suite 3,    Mount Laurel, NJ 08054-1210
518347028       Rushmore Credit Card,    PO Box 3000,    Merrifield, VA 22119-3000
518368832      +U.S, Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
518347027      +US Bank Mortgage,    P.O. Box 3610,    Anaheim, CA 92803-3610
518415738      +Webcollex LLC D/B/A CKS Financial,    PO Box 2856,    Chesapeake VA 23327-2856
518347030      +Wells Fargo Bank,    6801 Industrial Road,    Springfield, VA 22151-4205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 20 2019 03:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
518356569       EDI: HNDA.COM Aug 20 2019 03:48:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518347026       EDI: CINGMIDLAND.COM Aug 20 2019 03:48:00      AT&T,    PO Box 10330,    Fort Wayne, IN 46851-0330
518364883      +EDI: AIS.COM Aug 20 2019 03:48:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518356304       EDI: FORD.COM Aug 20 2019 03:48:00      FORD MOTOR CREDIT COMPANY LLC,    DEPT 55953 PO BOX 55000,
                 DETROIT, MI 48255-0953
518363345      +EDI: DRIV.COM Aug 20 2019 03:48:00      Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
518349355      +EDI: RMSC.COM Aug 20 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 9

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 3
```